UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUANE L. BERRY, | |
| Plaintiff, | |
| -against- | 25cv8323 (LTS) |
| U.S. DEPARTMENT OF TREASURY, SEIZED FEDERAL SECURITIES, | CIVIL JUDGMENT |
| Defendant. | |

For the reasons stated in the October 10, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   October 16, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                      Chief United States District Judge